## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-02816-WJM-KMT

SARAH FISHER,

      Plaintiff,

v.

COLORADO SPRINGS ORTHOPAEDIC GROUP, PLLP, a Colorado Professional Limited Liability Partnership d/b/a COLORADO SPRINGS ORTHOPAEDIC GROUP d/b/a CSOG,

      Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims with prejudice and state as follows:

1. The parties have settled their dispute and entered into a confidential settlement agreement, and they jointly wish to dismiss this case with prejudice, with each party to pay her or its own costs and attorneys' fees.

2. As required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation for dismissal is signed by all parties who have appeared in the action or by their attorneys.

WHEREFORE, the parties ask this Court to dismiss this case with prejudice, with each party to pay her or its own costs and attorneys' fees.

Respectfully submitted this 11th day of August, 2021.

<table>
<tr><td>

s/ Christopher G. Wilhelmi
Christopher G. Wilhelmi
Stinar Zendejas & Gaithe PLLC
121 East Vermijo Avenue, Suite 200
Colorado Springs, CO  80903
Phone: 719-635-4200
Fax: 719-635-2493
Email: chris@coloradolawgroup.com

*Attorney for Plaintiff*

</td><td>

s/ Thomas W. Carroll
Thomas W. Carroll
Meagan L. Whitley
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: tcarroll@littler.com
mwhitley@littler.com

*Attorneys for Defendants*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF system, which will send notification of such filing to the following:

Christopher G. Wilhelmi
Stinar & Zendejas, PLLC
121 East Vermijo Ave, Suite 200
Colorado Springs, CO 80903
Phone: 719-635-4200
Fax: 719-635-2493
Email: chris@coloradolawgroup.com

*Attorney for Plaintiff*

s/ Joanna Fox
Joanna Fox, Legal Secretary

4814-9430-3990.1 / 098488-1005